IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JASON TUCKER, | : | |
| Petitioner, | : | Case No. 3:11cv00330 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| STATE OF OHIO,[1] | : | |
| Respondent. | : | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on December 18, 2012 (Doc. #13) is ADOPTED in full;

2. Jason Tucker's Petition for Writ of Habeas Corpus (Doc. #1) is DENIED and DISMISSED;

3. Tucker is denied leave to appeal *in forma pauperis*, and the Court CERTIFIES under 28 U.S.C. §1915(a)(3) that any appeal Tucker seeks to take from this

---

[1] The proper Respondent in this case is the Warden of the Pickaway Correctional Institution, where Tucker is currently incarcerated.

        Decision and Entry is not taken in good faith;

4.     Tucker is DENIED a certificate of appealability under 28 U.S.C. §2253(c); and

5.     The case is terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge